# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**KESTRA LYNN ALVARADO**

(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **1:95CR05224-002**

Carolyn D. Phillips
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charges One, Two, Three, and Four as alleged in the violation petition filed on January 18, 2012.

[ ]  was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| **Violation Number** | **Nature of Violation** | **Date Violation Occurred** |
|---|---|---|
| See next page. | | |

The court: [✔] revokes:  [ ] modifies:  [ ] continues under same conditions of supervision heretofore ordered on February 20, 1996.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) __ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

06/24/2013
Date of Imposition of Sentence

/s/ LAWRENCE J. O'NEILL
Signature of Judicial Officer

**LAWRENCE J. O'NEILL**, United States District Judge
Name & Title of Judicial Officer

06/26/2013
Date

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet I    Case 1:95-cr-05224-LJO   Document 57   Filed 06/26/13   Page 2 of 3

CASE NUMBER:      1:95CR05224-002                                                                 Judgment - Page 2 of 3
DEFENDANT:        KESTRA LYNN ALVARADO

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Charge One | New Law Violation | 10/15/2011 |
| Charge Two | Failure to Notify of Law Enforcement Contact | 10/15/2011 |
| Charge Three | Failure to Report for Urine Testing as Directed | 12/19/2011 and 12/21/2011 |
| Charge Four | Failure to Participate in Counseling as Directed | 11/19/2011, 12/26/2011, and 12/31/2011 |

AO 245D-CAED (Rev. 09/2011) Judgment in a Criminal Case for Revocation Sheet I    Case 1:95-cr-05224-LJO   Document 57   Filed 06/26/13   Page 2 of 3

CASE NUMBER: 1:95CR05224-002  Judgment - Page 3 of 3
DEFENDANT: KESTRA LYNN ALVARADO

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 8 months.

[ ]      No TSR: Defendant shall cooperate in the collection of DNA.

[✔]      The court makes the following recommendations to the Bureau of Prisons:
The Court recommends that the defendant be incarcerated in a California facility, specifically DUBLIN, CA, but only insofar as this accords with security classification and space availability.

[ ]      The defendant is remanded to the custody of the United States Marshal.

[ ]      The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[✔]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✔] before 12:00 pm on 07/24/2013.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal